UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>      Plaintiff,<br><br> v.<br><br>LEATHERS (FNU), WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>      Defendants. | CASE NO. C17-474 RAJ-BAT<br><br>**ORDER RENOTING MOTION AND REQUESTING CLARIFICATION ON SERVICE** |

On July 17, 2017, the Court directed service by mail to defendant Leathers' (FNU) last known address, Dkt. 19, but it was returned as undeliverable on July 31, 2017. Dkt. 20. On August 28, 2017, plaintiff James Edward Curtis filed a motion for extension of time to effect service. Dkt. 23. He improperly noted the motion for September 15, 2017.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion for extension, Dkt. 23, shall be renoted to **September 8, 2017.**
2. Counsel for the defendants shall indicate by **September 6, 2017**, whether counsel will accept service on behalf of Leathers, or whether Mr. Curtis should attempt to effect personal service.
3. Copies of this order shall be provided to all parties.

ORDER RENOTING MOTION AND
REQUESTING CLARIFICATION ON
SERVICE - 1

1   DATED this 30th day of August, 2017.

                                              _____
                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

ORDER RENOTING MOTION AND
REQUESTING CLARIFICATION ON
SERVICE - 2