UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES EDWARD CURTIS,

    Plaintiff,

v.

LEATHERS (FNU), WASHINGTON DEPARTMENT OF CORRECTIONS,

    Defendants.

Case No. 17-474 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, Defendant Washington Department of Corrections ("DOC")'s motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;
2. Defendant DOC's Motion to Dismiss (Dkt. 15) is **GRANTED**; all claims against the DOC are **dismissed with prejudice**.
3. This matter is **re-referred** to Judge Tsuchida for further proceedings.
4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 7th day of September, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1