UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>                Plaintiff,<br><br>   v.<br><br>LEATHERS (FNU), et. al.,<br><br>                Defendant. | CASE NO. C17-474 RAJ-BAT<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION AND GRANTING MOTION DIRECTING CLERK TO ISSUE SUMMONS** |

On September 7, 2017, James Curtis filed a motion for reconsideration of the deadline to personally serve Ms. Leathers (aka Jorgenson) that requests the Court extend the deadline by which he must submit proof of service to **October 19, 2017.** Dkt. 27. Mr. Curtis also filed a motion for an order directing the clerk to sign, seal, and return summons to him so he may effect personal service. Dkt. 28.

The Court **GRANTS** both motions, Dkt. 27; Dkt. 28, and **ORDERS**:

1. The time by which Mr. Curtis must effect personal service is extended to **October 17, 2017.** Mr. Curtis shall file with the Court proof of service, as set forth in Local Civil Rule 5(f), no later than **October 19, 2017.**

2. The Clerk is directed to sign, seal, and return summons to Mr. Curtis.

//

ORDER GRANTING MOTION FOR
RECONSIDERATION AND GRANTING
MOTION DIRECTING CLERK TO ISSUE
SUMMONS - 1

1.    3. The Clerk shall provide a copy of this order to the parties, and the Honorable Richard A. Jones.

DATED this 7th day of September, 2017.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

ORDER GRANTING MOTION FOR
RECONSIDERATION AND GRANTING
MOTION DIRECTING CLERK TO ISSUE
SUMMONS - 2