UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES EDWARD CURTIS,

    Plaintiff,

v.

LEATHERS (FNU), WASHINGTON DEPARTMENT OF CORRECTIONS,

    Defendants.

Case No. 17-474 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;
2. Defendant Leathers a/k/a Jaclyn Jorgenson is **dismissed without prejudice** for lack of personal jurisdiction.
3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 5th day of February, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1